## Commonwealth ex rel. Dews, Appellant, *v.* Maroney.

Submitted November 10, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*William Dews,* appellant, in propria persona.

*Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, June 24, 1966:

Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.